IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JAY VINCENT SHORE,                                        No. 3:17-cv-1519-YY

         Plaintiff,

   v.

CITY OF PORTLAND, et al.,                           ORDER

         Defendants.

HERNANDEZ, District Judge:

      Before the Court is Plaintiff Jay Vincent's Motion for a Temporary Restraining Order ("TRO") [7]. In a September 29, 2017 Order, the Court denied Plaintiff's prior TRO included in his Complaint. *See* Order, Sept. 29, 2017, ECF 6; Compl. ¶¶ 105–109, ECF 2. The Court concluded that Plaintiff had failed to demonstrate a likelihood of irreparable harm or a substantial likelihood of success on the merits. Now, Plaintiff reasserts substantially the same arguments that the Court previously rejected. For the same reasons explained in the September

1- ORDER

29, 2017 Order, the Court denies Plaintiff's renewed motion for a TRO. In addition, because Plaintiff's request for relief is denied, the Court also denies his request for a preliminary injunction hearing.

## CONCLUSION

The Motion for Temporary Restraining Order [7] is denied.

Dated this \_\_\_5\_\_\_ day of \_\_October\_\_, 2017.

_____
Marco A. Hernández
United States District Judge

2- ORDER