IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JAY VINCENT SHORE, | No. 3:17-cv-01519-YY |
| Plaintiff, | |
| v. | |
| CITY OF PORTLAND, OREGON; PORTLAND BUREAU OF TRANSPORTATION; PORTLAND POLICE BUREAU; SERGEANT'S TOWING, INC. | ORDER |
| Defendant. | |

HERNANDEZ, District Judge:

Magistrate Judge You issued a Findings and Recommendation (#44) on May 21, 2018, in which she recommends that this Court grant the City Defendants' motion to dismiss. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, I am relieved of my obligation to review the record *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also United States v. Bernhardt*, 840

1 - ORDER

F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, I find no error.

CONCLUSION

The Court ADOPTS Magistrate Judge You Findings & Recommendation [44]. Accordingly, Defendants' motion to dismiss [34] is granted as follows: The Portland Police Bureau and the Portland Bureau of Transportation are dismissed with prejudice and the Title III ADA claim is dismissed with prejudice as to the City of Portland.

IT IS SO ORDERED.

DATED this 17 day of July, 2018.

_____
MARCO A. HERNANDEZ
United States District Judge