# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JAY VINCENT SHORE, pro se,<br>      Plaintiff,<br><br>v.<br><br>CITY OF PORTLAND, et al.,<br>      Defendants. | Case No:3:17-cv-1519-YY<br><br>**MOTION TO DISMISS** |

Plaintiff JAY VINCENT SHORE, acknowledging that resolution of the claims presented in the original complaint have been effected to the degree of mutual agreement between Plaintiff and Defendant City of Portland, (jointly and severally) and also with Defendant Sergeants Towing, Inc. does hereby motion the court for an order dismissing the claims, including any and all claims for personal injury, bodily injury, property damage, or other claims presented by Plaintiff in the complaint.

Plaintiff waives any rights to pursue these claims further, and Plaintiff withdraws without any further intent of interaction with this court on this matter. Plaintiff is absent trust in, or any further subjugation to this court.

In consulting with the Defendant City of Portland's counsel, and the Defendant Sergeants Towing, Inc.'s counsel, and and receiving response from both Defendants' counsels, Plaintiff makes this motion without opposition.

Presented on this \_\_10TH\_\_ day of April, 2019.


/s/ P.D., JAY V SHORE